# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY, | Case No.  1:20-cv-00196-NONE-SAB (PC) |
| Plaintiff, | ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE |
| v. | |
| CLARK, *et al.*, | **Date:  August 17, 2020** |
| Defendants. | **Time:  9:30 a.m.** |

A settlement conference in this matter is currently scheduled on August 17, 2020, at 9:30 a.m. before the undersigned.[1]  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom.

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:  __July 22, 2020__          __/s/ Barbara A. McAuliffe__
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the deadline for Defendants to file a Notice of Opt-Out and Request to Vacate Settlement Conference is July 30, 2020.  (ECF No. 21.)  If Defendants decide to opt out of the settlement conference, defense counsel will also be relieved of their obligations under this order.

1