# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00196-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE<br><br>(ECF No. 25)<br><br>**Date: October 1, 2020**<br>**Time: 9:30 a.m.** |

     A settlement conference in this matter is currently scheduled on August 17, 2020, at 9:30 a.m. before the undersigned, with the parties appearing remotely via Zoom.

     On July 24, 2020, Defendants filed a request for the Court to reschedule the settlement conference to October 1, 2020 at 9:30 a.m. (ECF No. 25.) Counsel for Defendants state that Plaintiff's prison facility is unable to accommodate a video settlement conference on the current settlement conference date. Counsel has confirmed that prison officials have reserved the video conference equipment for October 1, 2020 at 9:30 a.m. (Id.)

     Plaintiff has not yet filed a response to Defendants' motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

     The Court finds good cause to grant Defendants' request. Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for

the Zoom video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

Accordingly, Defendants' request to reschedule the settlement conference, (ECF No. 25), is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **July 27, 2020**                          /s/ *Barbara A. McAuliffe*                     _
                                                                UNITED STATES MAGISTRATE JUDGE