UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et.al.,<br><br>　　　　　Defendants. | No.: 1:20-cv-00196-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 27, 28) |

　　　　Plaintiff Thomas Eugene Gray is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 11, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for injunctive relief be denied.  (Doc. No. 28.)  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days.  (*Id.*)  Plaintiff filed objections on August 26, 2020.  (Doc. No. 32.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1  Plaintiff's objections do not call into question the magistrate judge's conclusion that plaintiff
2  has not demonstrated he is faced with any form of immediate danger.
3  Accordingly:
4  1. The findings and recommendations filed on August 11, 2020 (Doc. No. 28), are
5  adopted in full; and
6  2. Plaintiff's request for injunctive relief, filed on August 10, 2020 (Doc. No. 27), is
7  denied.

IT IS SO ORDERED.

Dated:  **September 1, 2020**

UNITED STATES DISTRICT JUDGE