1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11   THOMAS EUGENE GRAY,                    )   Case No.: 1:20-cv-00196-NONE-SAB (PC)
                                            )
12                    Plaintiff,            )
                                            )   ORDER DIRECTING DEFENDANTS TO FILE
13          v.                              )   A RESPONSE TO PLAINTIFF'S NOTICE
                                            )   REGARDING SETTLEMENT CONFERENCE
14   KEN CLARK, et.al.,                     )   BY **SEPTEMBER 23, 2020**
                                            )
15                    Defendants.           )
                                            )
16                                          )
                                            )
17   _____       )

18          Plaintiff Thomas Eugene Gray is appearing *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20          This case is currently set for video settlement conference before Magistrate Judge Barbara A.

21   McAuliffe on October 1, 2020, at 9:30 a.m.

22          On September 17, 2020, Plaintiff filed a notice indicating that he is scheduled to be transferred

23   from California State Prison-Corcoran to California State Prison, Los Angeles County on September

24   25, 2020.  (ECF No. 36)  Plaintiff requests to continue the settlement conference in light of his

25   imminent transfer.  (Id.)

26   ///

27   ///

28   ///

                                              1

It is HEREBY ORDERED that on or before **Wednesday, September 23, 2020**, Defendants shall file a response to Plaintiff's September 17, 2020 notice addressing whether the settlement conference should be continued or proceed as scheduled.

IT IS SO ORDERED.

Dated:   **September 18, 2020**

UNITED STATES MAGISTRATE JUDGE