UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00196-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE THE OCTOBER 1, 2020 SETTLEMENT CONFERENCE<br><br>(ECF No. 36) |

Plaintiff Thomas Eugene Gray is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2020, Plaintiff filed a notice indicating that he is scheduled to be transferred out of California State Prison, Corcoran. (CSP-Corcoran). (ECF No. 36.)

On September 23, 2020, Defendants filed a response. (ECF No. 38.) Defense counsel declares that the Litigation Coordinator at CSP-Corcoran verified that Plaintiff was scheduled to be transferred out of CSP-Corcoran on September 25, 2020. (Declaration of Justin Walker ¶ 3.) However, because of the scheduled settlement conference in this matter, on October 1, 2020, the Litigation Coordinator confirmed that Plaintiff will remain at CSP-Corcoran through October 1, 2020, and will attend the settlement conference on this date. (Id. ¶ 4.) Accordingly, Plaintiff's request to continue the October

1

1, 2020, settlement conference is DENIED, and the conference will proceed as scheduled. <u>The Clerk of Court shall serve a copy of this order by email on the Litigation Coordinator at CSP-Corcoran</u>.

IT IS SO ORDERED.

Dated:   **September 24, 2020**

UNITED STATES MAGISTRATE JUDGE