1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS EUGENE GRAY, | Case No.: 1:20-cv-00196-JLT-SAB (PC) |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE REQUEST TO SUBMIT DISCOVERY PACKET** |
| KEN CLARK, et.al., | |
| Defendants. | (Doc. 58) |

11

12

13

14

15

16

17        On July 21, 2022, Plaintiff submitted a document explaining that since late September 2021 he

18   has had some medical issues that caused him to miss "the Discovery Deadline." (Doc. 58.) He also

19   indicates that he was placed in administrative segregation and separated from his legal paperwork for

20   some time, and that his legal materials were only recently returned to him. (*Id*.) He asks for permission

21   to submit his "Discovery packet pursuant to Fed. Civ. P. 16(e) and Local Rule 281(b)(11) as a means

22   to modify so that [he] can present [his] case to the jury at trial in order to prevent a 'Manifest

23   Injustice'?" (*Id*.)

24        The Court is unable to respond to this request because the exact relief Plaintiff seeks is unclear.

25   Federal Rule of Civil Procedure 16(e) provides that the Court "may hold a final pretrial conference to

26   formulate a trial plan, including a plan to facilitate the admission of evidence," and indicates that the

27   Court "may modify the order issued after a final pretrial conference only to prevent manifest

28   injustice." Local Rule 281(b) sets forth the material the parties should present in their pretrial

1

1  conference statements. Although Plaintiff specifically references Local Rule 281(b)(11), it is not clear

2  whether he meant to do so. Local Rule 281(b)(11) through (b)(13), which appear potentially relevant,

3  provide as follows:

4          (11) Exhibits - Schedules and Summaries. A list of documents or other
        exhibits that the party expects to offer at trial. Only exhibits so listed will
5        be permitted to be offered at trial except as may be otherwise provided in
        the pretrial order.
6
        (12) Discovery Documents. A list of all portions of depositions, answers
7        to interrogatories, and responses to requests for admission that the party
        expects to offer at trial.
8
        (13) Further Discovery or Motions. Any requests for further discovery or
9        pretrial motions. Where discovery and/or law and motion has been
        terminated by a Court order, counsel shall set forth the grounds for relief
10       from that order and why a motion to be relieved was not made before the
        date ordered in the status conference for termination. Motions for relief at
11       pretrial are not favored and will ordinarily be denied unless the moving
        party makes a strong showing.
12

13  The Court cannot determine whether Plaintiff wishes to provide a list of exhibits or discovery

14  documents he plans to offer at trial pursuant to Local Rule 281(11) or (12), which should have been

15  submitted along with his pretrial statement. If so, Plaintiff should submit his proposed list(s), so that

16  the Court can consider whether it can be late filed.[1] Alternatively, Plaintiff may be indicating pursuant

17  to Local Rule 281(13) that he would like to request further discovery. If that is the case, Plaintiff must

18  explain in detail what he is requesting and why he believes he is entitled to re-open discovery. As it

19  stands, the Court simply does not have sufficient information to rule on Plaintiff's request, so the

20  request is DENIED WITHOUT PREJUDICE.

21
22  IT IS SO ORDERED.

23     Dated:   **July 26, 2022**                                    _____
                                                          UNITED STATES DISTRICT JUDGE
24

25

26

27  ---

28  [1] The Court notes that currently pending before it is an unopposed defense motion to continue the September 26, 2022 trial date. (Doc. 57.) The Court intends to grant that motion and is presently working to set a new trial date. This continuance may inform the Court's analysis of Plaintiff's request.