# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00196-JLT-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S RENEWED "REQUEST TO SUBMIT DISCOVERY PACKET"<br><br>(Doc. 62) |

　　　　Trial in this prisoner civil rights case currently is set to commence February 13, 2023. Plaintiff has submitted a renewed "request to submit discovery packet." In it, he does not appear to be requesting permission for new or additional discovery. (Doc. 62 at 1.) Rather, he appears to be asking for permission to late file the list of exhibits (Local Rule 281(11)) and discovery documents (Local Rule 281(12)) he intends to offer at trial. (*Id.*) Plaintiff did not include these lists in his pretrial statement even though Local Rule 281 required him to do so. (*See* Doc. 46.)

　　　　Plaintiff has indicated generally that he has been unable to meet relevant deadlines because of a series of medical issues and placement in administrative segregation. (Doc. 62 at 1.) Because the trial was recently continued to February 13, 2023, at the Defendants' request, it does not appear Defendants will be prejudiced by the late filing of Plaintiff's trial exhibit and trial-related discovery document lists. Nonetheless, the Court **ORDERS**:

　　　　1.　　**<u>Within seven days,</u>** the defendants may file an objection to the Court permitting

1  the late filing of these lists.

2

3  IT IS SO ORDERED.

4     Dated:  **August 16, 2022**                              /s/ Jennifer L. Thurston
                                                        UNITED STATES DISTRICT JUDGE