UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00196-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTON TO AMEND AND MOTION TO COMPEL DISCOVERY<br><br>(Docs. 73, 75, 84) |

　　　　The assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's motion to amend the complaint and his motion to compel discovery. (Doc. 84.) The Court served the Findings and Recommendations on the plaintiff. It contained notice that any objections were to be filed within 14 days after service. (*Id*. at 6.) The Court advised Gray that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* (quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).) Gray filed objections on October 14, 2022. (Doc. 87.) Gray also filed "objections" to Defendants' opposition to Gray's motions to amend the complaint and to compel discovery, after the magistrate judge had already issued the Findings and Recommendations. (Doc. 86.)

　　　　According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the

1

case. Having carefully reviewed the entire matter, including Gray's two sets of objections (Docs. 86 and 87), the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. For the sake of clarity, the Court briefly addresses Gray's objection regarding his motion for discovery. Although Gray argues this motion was unopposed, Defendants *did* in fact oppose the request that is subject to the Findings and Recommendations. Gray has filed two recent motions related to discovery. First, Gray requested permission to submit his "discovery packet," which he wishes to present at trial, including a CDCR 115 Rule Violation Report, Medical Report, and Ad-Seg Placement Report. (Doc. 62.) Defendants did *not* oppose this request. (Doc. 65.) This motion was not considered in the Findings and Recommendations. Second, Gray moved to compel discovery, seeking new evidence not previously requested or produced during discovery, including all prior grievances and complaints filed by other inmates against the Defendants throughout their employment. (Doc. 75.) Defendants opposed this request (Doc. 82 at 5-8), and the magistrate judge recommended denying Gray's motion to compel. Having considered all objections by Gray, the Court adopts the conclusions in the Findings and Recommendations with respect to the motion to compel and the motion to amend the complaint. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 5, 2022 (Doc. 84) are **ADOPTED IN FULL**.
2. Plaintiff's motion to amend the complaint and motion to compel discovery (Docs. 73, 75) are **DENIED**.
3. Plaintiff's request to submit a discovery packet (Doc. 62) is **GRANTED**, as unopposed.

IT IS SO ORDERED.

Dated: __**November 4, 2022**__

UNITED STATES DISTRICT JUDGE