UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>            Plaintiff,<br><br>v.<br><br>KEN CLARK, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00196-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE THOMAS EUGENE GRAY**, CDCR # AS-5651<br><br>DATE: February 14, 2023<br>TIME: 8:30 a.m. |

      **Inmate Thomas Eugene Gray, CDCR # AS-5651**, a necessary and material participant on his own behalf in a jury trial on February 14, 2023, at 8:30 a.m., is confined at Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person at the United States District Court for the Eastern District of California, Fresno Division before District Judge Jennifer L. Thurston** on February 14, 2023, at 8:30 a.m..

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person, with his legal property,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of the Salinas Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 13, 2023**

                                                            UNITED STATES MAGISTRATE JUDGE

