# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>Plaintiff,<br><br>v.<br><br>KEN CLARK, et al.,<br><br>Defendants. | Case No. 1:20-CV-00196-JLT-SAB (PC)<br><br>NOTICE AND ORDER THAT INMATE THOMAS GRAY, CDCR #AS-5651 IS NO LONGER NEEDED IN THESE PROCEEDINGS |

Witness, Thomas Eugene Gray, CDCR # AS-5651, has concluded his testimony in these proceedings and is no longer needed by this court as a witness in this matter. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 16, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE