**FILED**

FEB 16 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE GRAY,

       Plaintiff,

vs.

KEN CLARK, et al,

       Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:20-cv-00196-JLT-SAB (PC)

       JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       IT IS ORDERED AND ADJUDGED.

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/16/2023.

DATED: February 16, 2023

                                               Keith Holland
                                               Clerk of Court

                                     By:  /s/ F. Navarro
                                                     Deputy Clerk